AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | **Case: 1:23-mj-00005** |
| TONEY SHELDON BRAY (AKA: TONEY BRAY ) | ) | **Assigned To : Harvey, G. Michael** |
| | ) | **Assign. Date : 1/10/2023** |
| | ) | **Description: Complaint W/ Arrest Warrant** |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   **TONEY SHELDON BRAY (AKA: TONEY BRAY )**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

TONEY SHELDON BRAY:
18 U.S.C. § 231(a)(3) (Obstruction of Law Enforcement During Civil Disorder)
18 U.S.C. § 641 (Theft of Government Property)
18 U.S.C. § 1752(a)(1) (Knowingly Entering or Remaining in any Restricted Building or Grounds without Lawful Authority)
and (2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds without Lawful Authority
40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building) and (G) (Parading, Demonstrating, or Picketing in a Capitol Building)

Date:   01/10/2023

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2023.01.10 16:40:25 -05'00'

*Issuing officer's signature*

City and state:   Washington, D.C.      G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6/8/23, and the person was arrested on *(date)* 6/8/23
at *(city and state)* BLUE SPRINGS, MS.

Date:  6/8/23

*Arresting officer's signature*

SA D. Brout
*Printed name and title*